IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00888-CMA

KAREN JOHNSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER FOR ATTORNEY FEES UNDER EAJA**

---

This matter is before the Court on Plaintiff's Unopposed Motion For Attorney Fees Under the Equal Access to Justice Act (Doc. # 29), filed February 15, 2013. The Court having reviewed the motion and being fully advised in the premises, hereby GRANTS said Motion. It is

FURTHER ORDERED that Defendant shall pay Plaintiff's attorney fees under EAJA in the amount of $4,000.00, in care of the Plaintiff's attorney.

DATED at Denver, Colorado, this __20th__ day of February 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge